## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

PHILLIP DEWAYNE STEWART, ADC #151956                                    PLAINTIFF

v.                                    No. 5:17CV00167 JLH/JTR

RONALD JOHN STUKEY,
Correct Care Solutions                                                  DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, this case is dismissed without prejudice. This action is terminated, and the Court certifies that an *in forma pauperis* appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 16th day of August, 2017.


_____
UNITED STATES DISTRICT JUDGE

1